2:05cv641-F

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number RECEIVED<br>2005 JUL 12 P 1:31 |
|---|---|---|

IN THE __MIDDLE DISTRIC__ COURT OF __MONTGOMERY__ ALABAMA
       (Circuit, District, or Municipal)              (Name of County or Municipality)

STYLE OF CASE: __RONNIE McCIAIN__ v. __CIRCUIT COURT JUDGE BEN FULLER, ET AL__
                     Plaintiff(s)                                  Defendant(s)

TYPE OF PROCEEDING: __DECLARATORY JUDGMENT__ CHARGE(s) (if applicable): _____

- [✓] CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
- [✓] CIVIL CASE--(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.
- [ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.
- [ ] DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

---

SECTION I.                          A F F I D A V I T

1. IDENTIFICATION
   Full Name __RONNIE McCIAIN__                Date of Birth __8-13-59__
   Spouse's Full Name (if married) __0__
   Complete Home Address __P.O. BOX 8 ELMORE ALA. 36025__
   Number of People Living in Household __0__
   Home Telephone No. __0__
   Occupation/Job __0__          Length of Employment __0__
   Driver's License Number __0__      * Social Security Number __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__
   Employer __0__                Employer's Telephone No. __0__
   Employer's Address __0__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   [ ] AFDC    [ ] Food Stamps    [ ] SSI    [ ] Medicaid    [ ] Other __0__

3. INCOME/EXPENSE STATEMENT
   Monthly Gross Income:

   | | |
   |---|---|
   | Monthly Gross Income | $ 0 |
   | Spouse's Monthly Gross Income (unless a marital offense) | 0 |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc. | 0 |
   | Contributions from Other People Living in Household | 0 |
   | Unemployment/Workmen's Compensation, Social Security, Retirement, etc. | 0 |
   | Other Income (be specific) _____ | 0 |
   | **TOTAL MONTHLY GROSS INCOME** | $ 0 |

   Monthly Expenses:
   A. Living Expenses

   | | |
   |---|---|
   | Rent/Mortgage | $ 0 |
   | Total Utilities: Gas, Electricity, Water, etc. | 0 |
   | Food | 0 |
   | Clothing | 0 |
   | Health Care/Medical | 0 |
   | Insurance | 0 |
   | Car Payment(s)/Transportation Expenses | 0 |
   | Loan Payment(s) | 0 |

| Form C-10 | | |
|---|---|---|
| Page 2 of 2 | Rev. 2/95 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER |

Case Number

Monthly Expenses: (cont'd from page 1)
    Credit Card Payment(s)      $ 0
    Educational/Employment Expenses      $ 0
    Other Expenses (be specific) 0      $ 0

    Sub-Total      A $ 0

B. Child Support Payment(s)/Alimony      $ 0
    Sub-Total      B $ 0

C. Exceptional Expenses      $ 0

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)      $ 0

Total Gross Monthly Income less total monthly expenses:
DISPOSABLE MONTHLY INCOME      $ 0

4. LIQUID ASSETS:
    Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)      $ 0
    Equity in Real Estate (value of property less what you owe)      0
    Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)      0
    Other (be specific) Do you own anything else of value? ☐ Yes ☒ No
    (land, house boat, TV, stereo, jewelry)
    If so, describe 0      0

TOTAL LIQUID ASSETS      $ _____

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
7 day of July, 19 2005

_____  _____
Judge/Clerk/Notary      Affiant's Signature

     RONNIE MCCLAIN
     Print or Type Name

SECTION II.       ORDER OF COURT

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 _____.

_____
Judge

DEPARTMENT OF CORRECTIONS
ELMORE CORRECTIONAL FACILITY

RECEIVED

AIS #: 133958    NAME: MCCLAIN, RONNIE

AS OF: 07/06/2005

2005 JUL 12

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 25 | $0.08 | $0.00 |
| AUG | 31 | $1.57 | $30.00 |
| SEP | 30 | $0.27 | $0.00 |
| OCT | 31 | $0.96 | $20.00 |
| NOV | 30 | $1.02 | $20.00 |
| DEC | 31 | $3.70 | $55.00 |
| JAN | 31 | $0.84 | $20.00 |
| FEB | 28 | $0.32 | $20.00 |
| MAR | 31 | $1.08 | $20.00 |
| APR | 30 | $1.75 | $20.00 |
| MAY | 31 | $0.50 | $20.00 |
| JUN | 30 | $0.19 | $20.00 |
| JUL | 6 | $3.90 | $20.00 |

STATE OF ALABAMA

Betty Hudson