IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, #133958, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-641-F |
| ) | (WO) |
| BEN A. FULLER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge (Doc. #4) filed on July 28, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on July 14, 2005 is adopted;

3. The § 1983 claims presented against Judge Fuller, Morris & McAnnally and Justiss are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. 1915(e)(2)(B)(i) and (iii).

4. The plaintiff's challenge to the constitutionality of the conviction imposed upon him by the Morgan County Circuit Court is DISMISSED without prejudice pursuant to the directives of 28 U.S.C. 1915(e)(2)(B)(ii).

5. This case is DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(i), (ii) and (iii).

DONE this 3rd day of August, 2005.

                                                   /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE