IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE McCLAIN, #133958, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:05-cv-641-F |
| | ) | (WO) |
| BEN A. FULLER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and

against the plaintiff and that this action is dismissed.

DONE this 3rd day of August, 2005.


                                      /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE