IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, #133958, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-641-F |
| | ) |
| BEN A. FULLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Certificate of Appealability filed on August 30, 2005, it is hereby

ORDERED that the motion is DENIED.

DONE this 1st day of September, 2005.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE