IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 05-14784-A

RONNIE MCCLAIN,

                       Plaintiff-Appellant,

versus

BEN A. FULLER, Circuit Court Judge,
in his official capacity,
MORRIS & MCANNALLY, LLC, in its official capacity, et al.,

                       Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

  The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal in forma pauperis (IFP). The district court determined that appellant was indigent, and assessed the $255.00 appellate filing fee pursuant to the Prison Litigation Reform Act of 1995 (April 26, 1996); see 28 U.S.C. § 1915 (as amended). The district court then certified that this appeal is frivolous and not taken in good faith.

  Because the district court has already determined that the appellant is indigent, and has instituted a partial payment plan under 28 U.S.C. § 1915(a) & (b) (as amended), the only remaining

question is whether the appeal is frivolous. See § 1915(e)(2)(B)(i). This Court now finds that this appeal is frivolous and DENIES leave to proceed.

Appellant's request for a certificate of appealability is DENIED AS UNNECESSARY.

Within 35 days of the date of this order, appellant may file a motion for reconsideration. If the Court does not receive such a motion within 35 days, this appeal will be dismissed for lack of prosecution without further notice, pursuant to Eleventh Circuit Rule 42-1(b).

                                          /s/ Charles R. Wilson
                                       UNITED STATES CIRCUIT JUDGE