IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 05-14784-A

RONNIE MCCLAIN,

Plaintiff-Appellant,

versus

BEN A. FULLER, Circuit Court Judge,
in his official capacity,
MORRIS & MCANNALLY, LLC, in its official capacity, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before : **TJOFLAT, DUBINA and WILSON, Circuit Judges.**

BY THE COURT:

Upon reconsideration of this Court's order dated December 14, 2006, appellant's "Brief for Certificate of Appealability In Forma Pauperis On Appeal," construed as a motion for leave to proceed on appeal, is DENIED and the appeal is DISMISSED because it is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Fullman v. Graddick, 739 F.2d 553, 556 (11th Cir. 1984).

Appellant's request for a certificate of appealability is DENIED AS UNNECESSARY.

