Appeals
Fee

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000127
Cashier ID: benrobi
Transaction Date: 08/14/2007
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE MCCLAIN
 Case/Party: D-ALM-2-05-CV-000641-001
 Amount:        $51.00
------------------------------------
CHECK
 Check/Money Order Num: 32002
 Amt Tendered:  $51.00
------------------------------------
Total Due:      $51.00
Total Tendered: $51.00
Change Amt:     $0.00
```