```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003828
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: RONNIE MCCLAIN
 Case/Party: D-ALM-2-05-CV-000641-001
 Amount:         $10.00
-----------------------------------------
CHECK
 Check/Money Order Num: 32381
 Amt Tendered:   $10.00
-----------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```